ANTOINETTE COVIELLO, PETITIONER-RESPONDENT, v. NEW YORK CENTRAL RAILROAD COMPANY, DEFEND-ANT-APPELLANT.

Reargued October 21, 1941—Decided January 9, 1942.

For the appellant, *Wall, Haight, Carey & Hartpence* (*John A. Hartpence* and *Charles J. Gormley,* of counsel).

For the respondent, *Collins & Corbin* (*Edward A. Markley, Charles W. Broadhurst* and *Raymond J. Lamb,* of counsel).

Per Curiam.

Reargument of the issue joined in this cause was had pursuant to leave duly granted. It leaves us convinced that the judgment should be reversed, for the reasons set down in the opinion heretofore filed herein and reported in 126 *N. J. L.* 536. Appellant may proceed accordingly.

*For affirmance*—Case, Donges, Porter, Dear, Wells, Thompson, JJ. 6.

*For reversal*—The Chancellor, Bodine, Heher, Colie, WolfsKeil, Rafferty, Hague, JJ. 7.